

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00034-CV

| | | |
|---|---|---|
| JERRY LYNN BISBY, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-D18370-18) |
| V. | § | October 3, 2019 |
| TARRANT COUNTY, CITY OF NORTH RICHLAND HILLS, BIRDVILLE INDEPENDENT SCHOOL DISTRICT, TARRANT COUNTY COLLEGE DISTRICT, AND TARRANT COUNTY HOSPITAL DISTRICT, Appellees | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack